# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :   No. 95 WM 2016

Respondent

v.

CHRISTIAN RASH,

Petitioner

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of September, 2016, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permitted).

The Prothonotary is **DIRECTED** to forward the filings to counsel of record.